1 STEVEN G. KALAR
Federal Public Defender
2 JOHN PAUL REICHMUTH
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant MORTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.97-40155-SBA [DMR] |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 3, 2013 AND ORDER |
| GREGORY MORTON, | |
| Defendant. | |

The above-captioned matter is set on June 17, 2013 before this the Hon. Donna M. Ryu for a STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to July 3, 2013 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

Defense counsel has recently taken over this case, and the assigned Probation Officer is not available on June 17, 2013. The parties request additional time to assess and discuss this matter. The Probation Office does not object to this request.

DATED: June 14, 2013

/s/
_____
ANDREW HUANG
Assistant United States Attorney

Stip. Req. To Continue Hearing Date

DATED: June 13, 2013

/s/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Gregory Morton

# ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of June 17, 2013, scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and reset for July 3, 2013, at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

June 14, 2013

_____
HON. DONNA M. RYU
United States Magistrate Judge