STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MORTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 97-40155-SBA [KAW] |
| Plaintiff, | |
| v. | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 17, 2013 AND [~~PROPOSED~~] ORDER |
| GREGORY MORTON, | |
| Defendant. | |

The above-captioned matter is set on July 3, 2013 before this the Hon. Kandis A. Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to July 17, 2013 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

All parties have additional investigation they would like to conduct. Currently, a transit strike also makes it more difficult for Mr. Morton and the Probation Officer to travel to court in Oakland. The parties request additional time to assess and discuss this matter. The Probation Office does not object to this request.

Stip. Req. To Continue Hearing Date

DATED: July 2, 2013

/S/
_____
ANDREW HUANG
Assistant United States Attorney

DATED: July 2, 2013

/S/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Gregory Morton

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of July 3, 2013, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, be vacated and reset for July 17, 2013, at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

July  2 , 2013

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge