STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MORTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.97-40155-SBA [MAG] |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO DECEMBER 16, |
| | ) | 2013 AND [PROPOSED] ORDER |
| | ) | |
| GREGORY MORTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

        The above-captioned matter is set on November 18, 2013 before the Hon. Kandis

Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court

continue the matter to December 16, 2013 at 9:30 a.m. for STATUS before the Oakland Duty

Magistrate.

        State charges underlying the revocation case are still pending, and the parties request

additional time to meet and confer. The Probation Office does not object to this request.

DATED: November 15, 2013          _____/s/_____
                                  ANDREW HUANG
                                  Assistant United States Attorney

Stip. Req. To Continue Hearing Date

DATED: November 15, 2013                    _____/s/_____
                                            JOHN PAUL REICHMUTH
                                            Assistant Federal Public Defender
                                            Counsel for Gregory Morton

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS date of November 18, 2013, scheduled at 9:30 a.m., before the Honorable Kandis Westmore, be vacated and reset for December 16, 2013, at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

This matter is a supervised release proceeding, so no time need be excluded under the Speedy Trial Act.

November  15 , 2013                         _____
                                            HON. KANDIS WESTMORE
                                            United States Magistrate Judge